**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-7503**

_____

JOHN HENRY STRATTON,

                              Petitioner - Appellant,

        versus

WARDEN, BUCKINGHAM CORRECTIONAL CENTER,

                              Respondent - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge. (CA-95-1306-R)

_____

Submitted:  May 15, 1997                Decided:  May 28, 1997

_____

Before RUSSELL, HALL, and HAMILTON, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

John Henry Stratton, Appellant Pro Se.  Leah Ann Darron, Assistant Attorney General, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Stratton seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Stratton v. Warden, Buckingham Corr. Ctr., No. CA-95-1306-R (W.D. Va. Aug. 19, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2